1 | Anna Y. Park, CA SBN 164242
2 | anna.park@eeoc.gov
3 | Nakkisa Akhavan, CA SBN 286260
  | nakkisa.akhavan@eeoc.gov
4 | U.S. EQUAL EMPLOYMENT
  | OPPORTUNITY COMMISSION
5 | 255 East Temple Street, Fourth Floor
  | Los Angeles, CA 90012
6 | Telephone: (213) 785-3080
7 | Facsimile: (213) 894-1301
  | E-mail: lado.legal@eeoc.gov
8 |
9 | Attorneys for Plaintiff
  | U.S. EQUAL EMPLOYMENT
10 | OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 2:25-cv-01148-APG-BNW |
|---|---|
| Plaintiff, | **PLAINTIFF EEOC'S MOTION TO REMOVE OSCAR PERALTA AS ATTORNEY OF RECORD** |
| vs. | |
| VENETIAN LAS VEGAS GAMING, LLC, AND VENETIAN LAS VEGAS MARKETING, INC., | |
| Defendants. | |

    Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") moves this Court for an Order granting its Motion to Remove Oscar Peralta as attorney of record in this matter.

    Mr. Peralta is no longer employed by the EEOC as of September 30, 2025. Accordingly, Mr. Peralta should be removed from the list of counsel for the EEOC and from the electronic

service system for this matter. EEOC attorneys Anna Y. Park and Nakkisa Akhavan remain as attorneys of record for Plaintiff EEOC.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| Dated: November 18, 2025   By: | /s/ Anna Y. Park<br>Anna Y. Park<br>Regional Attorney |

**ORDER**

This Court GRANTS the above motion to withdraw (ECF No. 6). Although the case is closed, attorneys Anna Y. Park and Nakkisa Akhavan remain as attorneys of record for Plaintiff. In addition, the motion is not opposed. *See* Local Rule 7-2(d). The Clerk of Court is kindly directed to remove Oscar Peralta as an attorney of record for Plaintiff.

DATED: December 4, 2025

_____
BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE